```
                              HOTT CARS
                           1001 PERCIVAL RD
                           COLUMBIA SC 29223
                             803-787-9438
```

Case # 09-00830-jw

To;   Us Bankruptcy Court
      1100 Laurel st
      Columbia sc 29201


Hott Cars would like to file a objection.
Hott cars does not plan to allow the surender of the 1996 Lincoln Continental.
Due to the fact we sold this car to Lori Boykin, We have not seen this car again.
We do not know the condition of the car now.
If it has been abused, or neglected, not serviced, or damaged, ect.
We sold this car in very good condition, and in good faith that she would
pay her loan in full as she promised.


                                            Hott Cars
                                            1001 Percival rd
                                            Columbia S.C. 29223
                                            Aug,31,2009
                                            803-787-9438

                                            Owner, Jim Hunter

                                            *[signature]*