FILED
at ___ O'clock & ___ min. ___ M

OCT 27 2009

United States Bankruptcy Court
Columbia, South Carolina (19)

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>Lori Boykin,<br><br>Debtor(s). | C/A No. 09-00830-JW<br><br>Chapter 13<br><br>**JUDGMENT** |
|---|---|

Based on the findings of fact and conclusions of law set forth in the attached Order of the Court, the Objection to Confirmation filed by Hott Cars and joined by the Chapter 13 Trustee is overruled. The Court will address the confirmation of Debtor's Amended Chapter 13 Plan filed August 27, 2009 by separate order.

_____
UNITED STATES BANKRUPTCY JUDGE

Columbia, South Carolina
October 27, 2009

ENTERED
OCT 27 2009
C.H.B.