# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: brooks | Date Created: 10/27/2009 |
| Case: 09–00830–jw | Form ID: pdf01 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr      William K. Stephenson, Jr.      stephenson@ch13.newsouth.net
aty      B. Ray Woodard      rwooda@lowcountry.com
aty      C. Jennalyn Dalrymple      kdbankruptcy@aol.com

                                                                                                                       TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Lori Boykin      809 East Main Street      Apt 333      Lexington, SC 29072
cr      Hott Cars      Attn: Jim Hunter Owner      1001 Percival Road      Columbia, SC 29223

                                                                                                                       TOTAL: 2